# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# MOTION HEARING VIA ELECTRONIC MEANS

National Presto Industries, Inc.,

                Plaintiff,

v.

U.S. Merchants Financial Group, Inc., doing business as Greenmade,

                Defendant.

**COURT MINUTES**
BEFORE: Becky R. Thorson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 18cv3321 (SRN/BRT) |
| Date: | June 29, 2020 |
| Location: | (via electronic means) |
| Court Reporter: | Carla Bebault |
| Hearing Time Commenced: | 9:30 a.m. |
| Hearing Time Concluded: | 10:50 a.m. |
| Time in Court: | 1 Hour & 20 Minutes |

APPEARANCES BY ELECTRONIC MEANS:

   For Plaintiff:    Franklin M. Smith, Esq., Dickinson Wright PLLC; Sarah M. Stensland, Esq., Patterson Thuente Pedersen, P.A.

   For Defendant:    William E. Manske, Esq., and George Benson Ashenmacher, Esq., Robins Kaplan LLP

   Hearing on:    U.S. Merchants Financial Group's Motion to Compel Discovery (Doc. No. 152).

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF:

As stated on the record, U.S. Merchants Financial Group's Motion to Compel Discovery (Doc. No. 152) is GRANTED IN PART and DENIED IN PART. The documents at issue are designated as confidential, except for the one redaction as explained on the record. The request for attorney fees is denied. National Presto must file a public version of its memorandum of law, redacting only confidential information.

**ORDER TO BE SUBMITTED BY:**     ☐ COURT    ☐ PLAINTIFF    ☐ DEFENDANT

Motion taken under advisement as of: n/a

☐ ORDER TO BE ISSUED    X NO SEPARATE ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

                                                    s/ Danielle Mair
                                                   Signature of Law Clerk