# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| National Presto Industries, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Merchants Financial Group, Inc., d/b/a Greenmade,<br><br>Defendant. | Case No. 18-cv-03321 (SRN/BRT)<br><br>**DEFENDANT U.S. MERCHANTS FINANCIAL GROUP, INC.'S MOTION TO COMPEL EXPEDITED SUPPLEMENTAL DISCOVERY OR FOR SANCTIONS** |

Pursuant to Federal Rules of Civil Procedure 26(e) and 37, Defendant U.S. Merchants Financial Group, Inc., moves the Court to compel Plaintiff National Presto Industries, Inc., to produce, on an expedited basis (within seven days of the Court's order) supplemental discovery or, in the alternative, for a discovery sanction in the form of adverse inferences.

This Motion is based upon the Memorandum of Law submitted herewith, and all of the files, records, and proceedings herein.

Dated: December 7, 2021                     Respectfully submitted,


                                            *s/ William E. Manske*
                                            Christopher K. Larus (#226828)
                                            CLarus@robinskaplan.com
                                            William E. Manske (#0392348)
                                            WManske@robinskaplan.com
                                            Emily J. Tremblay (#0395003)
                                            ETremblay@robinskaplan.com

Jessica L. Gutierrez (#0396359)
JGutierrez@robinskaplan.com
Ellen K. Levish (#0400878)
ELevish@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

*Attorneys for Defendant*