UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| National Presto Industries, Inc., | |
| Plaintiff, | Case No.: 0:18-cv-03321-SRN-BRT |
| vs. | UNOPPOSED MOTION TO EXTEND THE TIME TO FILE RESPONSIVE POST TRIAL BRIEFS |
| U.S. Merchants Financial Group, Inc., | |
| Defendant. | |

Plaintiff National Presto Industries, Inc. ("Plaintiff"), moves and respectfully requests that the Court grant a one-week extension of time for Plaintiff and Defendant U.S. Merchants Financial Group, Inc. ("Defendant") to file their Responsive Post-Trial Briefs from June 16, 2022, to June 23, 2022.

The parties have been actively preparing their responses to the post-trial submissions submitted this past Thursday, June 2, 2022. However, when agreeing to the current deadlines, Counsel for Plaintiff inadvertently put Responses due when they were supposed to be out of town. Additionally, only very recently, a member of Plaintiff's trial team's mother-in law passed away and they are currently handling post-death related matters. Given this, Plaintiff's counsel reached out to Defendant's counsel indicating its intent to request a one-week extension so as to allow Plaintiff's trial counsel the ability to fully participate in responses to post-trial submissions. Defendant does not oppose Plaintiff's requested one-week extension, making responses due June 23, 2022.

Neither party currently seeks to extend any other deadlines. The present Motion is made in good faith and not for the purposes of delay. Defendant does not oppose the relief sought in the present Motion.

Respectfully Submitted,

Dated: June 7, 2022  /s/  *Jeffer Ali*
Jeffer Ali (#0247947)
ali@ptslaw.com
**PATTERSON THUENTE PEDERSEN, P.A.**
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266

John S. Artz (P48578), *admitted pro hac vice*
Yafeez S. Fatabhoy (P83064), *admitted pro hac vice*
**DICKINSON WRIGHT PLLC**
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
Telephone: (248) 433-7262
Facsimile: (844) 670-6009
jsartz@dickinsonwright.com
yfatabhoy@dickinsonwright.com

Chris Mitchell (P52734), *admitted pro hac vice*
**DICKINSON WRIGHT PLLC**
200 Ottawa Ave NW Ste. 1000
Grand Rapids, MI 49503
Telephone: (616) 458-1300
Facsimile: (844) 670-6009
cmitchell@dickinsonwright.com

Franklin M. Smith (P76987), *admitted pro hac vice*
**DICKINSON WRIGHT PLLC**
2600 West Big Beaver Road, Ste. 300

Troy, MI 48084
Telephone: (248) 433-7200
Facsimile: (844) 670-6009
fsmith@dickinsonwright.com

*Attorneys for Plaintiff/Counterclaim Defendant
National Presto Industries, Inc.*