# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| National Presto Industries, Inc., <br><br> Plaintiff, <br><br> v. <br><br> U.S. Merchants Financial Group, Inc., d/b/a Greenmade, <br><br> Defendant. | Case No. 18-cv-03321 (SRN/BRT) <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE PURSUANT TO DKT. NO. 620** |

WHEREAS, at a status conference held on September 29, the Court ordered that the parties meet and confer about the briefing schedule regarding the Parties respective Motions to Dismiss. (*See* Dkt. 620.)

THEREFORE, Plaintiff National Presto Industries, Inc. ("National Presto") and Defendant U.S. Merchants Financial Group, Inc., ("U.S. Merchants") having met and conferred, stipulate and agree, subject to the approval of the Court, to the following briefing schedule:

1. By October 4, 2022, National Presto shall file its Motion to Dismiss under Rule 41(a)(2).

2. By October 10, 2022, National Presto shall file its response to U.S. Merchants' Motion to Dismiss under Rule 41(b).

3. By October 13, 2022, U.S. Merchants shall file its response to National Presto's Motion to Dismiss under Rule 41(a)(2).

4. By October 17, 2022, U.S. Merchants shall file its reply brief on its Motion to Dismiss under Rule 41(b).

5. By October 18, 2022, National Presto shall file its reply brief on its Motion to Dismiss under Rule 41(a)(2).

| | |
|---|---|
| Dated: October 4, 2022 | Respectfully submitted, |
| | s/ *Jeffer Ali* |
| | Jeffer Ali (#0247947) |
| | **PATTERSON THUENTE PEDERSEN, P.A.** |
| | 4800 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, MN 55402-2100 |
| | Telephone: (612) 349-5740 |
| | ali@ptslaw.com |
| | |
| | John S. Artz (P48578), *admitted pro hac vice* |
| | Yafeez S. Fatabhoy (P83064), *admitted pro hac vice* |
| | **DICKINSON WRIGHT PLLC** |
| | 350 S. Main Street, Ste. 300 |
| | Ann Arbor, MI 48104 |
| | Telephone: (734) 623-7075 |
| | jsartz@dickinsonwright.com |
| | |
| | Christopher A. Mitchell (P52734), *admitted pro hac vice* |
| | **DICKINSON WRIGHT PLLC** |
| | 200 Ottawa Ave NW Ste. 1000 |
| | Grand Rapids, MI 49503 |
| | Telephone: (616) 458-1300 |
| | cmitchell@dickinsonwright.com |
| | |
| | Franklin M. Smith (P76987), *admitted pro hac vice* |
| | **DICKINSON WRIGHT PLLC** |
| | 2600 West Big Beaver Road, Ste. 300 |
| | Troy, MI 48084 |
| | Telephone: (248) 433-7200 |
| | fsmith@dickinsonwright.com |

*Attorneys for Plaintiff*
*National Presto Industries, Inc.*