## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| National Presto Industries, Inc., | **COURT MINUTES** |
| | BEFORE: Hon. Susan Richard Nelson, |
| | United States District Judge |
| Plaintiff, | |
| v. | Case No.: 18-cv-3321 (SRN/LIB) |
| | Date: October 19, 2022 |
| | Court Reporter: Carla Bebault |
| U.S. Merchants Financial Group, Inc., | Location: *Courtroom 7B, St. Paul Courthouse* |
| | Time in Court: 9:58 – 10:43 a.m. |
| Defendant. | Total Time: 45 Minutes |

**APPEARANCES:**

    For Plaintiff:      John S. Artz and Yafeez Sohil Fatabhoy

    For Defendant:   Christopher K. Larus and Ellen Levish

**PROCEEDINGS:**

Motion hearing held.

Plaintiff's Motion to Certify the Court's November 2, 2021 Order Regarding a Controlling Question of Law for Interlocutory Review, and to Stay Proceedings [Doc. No. 598] was submitted, argued, and taken under advisement.

Defendant's Motion to Dismiss Presto's Claim for Alleged Infringement of Presto's 2016 HeatDish Instruction Manual [Doc. No. 611] and Plaintiff's Motion to Dismiss With Prejudice Pursuant to Rule 41(a)(2) Part of Count VI Dealing With Infringement of U.S. Copyright Registration No. TX 8-642-462 [Doc. No. 612] were submitted, argued, and **denied as moot** in light of the parties' agreement to file a joint stipulation dismissing with prejudice Presto's independent claim of copyright infringement of its 2016 HeatDish instruction manual (U.S. Copyright Registration No. TX8-642-462).

s/S.DelMonte
Courtroom Deputy
