# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

National Presto Industries, Inc.,

      Plaintiff,

vs.

U.S. Merchants Financial Group, Inc.,

      Defendant.

Case No.: 18-cv-03321 (SRN/LIB)

### ORDER ON STIPULATION OF DISMISSAL CONCERNING PLAINTIFF NATIONAL PRESTO INDUSTRIES, INC.'S CLAIM FOR ALLEGED INFRINGEMENT OF ITS 2016 HEATDISH INSTRUCTION MANUAL (U.S. COPYRIGHT REG. NO. TX 8-642-462)

This matter is before the Court on the Parties' Stipulation of Dismissal Concerning Plaintiff National Presto Industries, Inc.'s Claim for Alleged Infringement of its 2016 Heatdish Instruction Manual (U.S. Copyright Reg. No. TX-8-642-462) [Docket No. 648].

Having reviewed the aforesaid Stipulation, **IT IS HEREBY ORDERED THAT** the Parties' Stipulation [Doc. No. 648] is **GRANTED** and Plaintiff National Presto Industries, Inc.'s claim for alleged infringement of its 2016 HeatDish instruction manual (U.S. Copyright Reg. No. TX 8-642-462) is dismissed with prejudice. For clarity, this stipulation does not affect National Presto's allegation of infringement relating to U.S. Copyright Registration No. TXu803-129.

    **SO ORDERED.**

Dated:  December 29, 2022

                                          s/Susan Richard Nelson
                                          SUSAN RICHARD NELSON
                                          United States District Judge