

# United States District Court
### District of Minnesota



SUSAN RICHARD NELSON
DISTRICT JUDGE
772 U.S. COURTHOUSE
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101
(651) 848-1970

February 9, 2023
12:08 p.m.

Ladies and Gentlemen of the Jury,

If you answer "yes" to question 4, then please answer question 5. If you answer "no" to question 4, then please ignore question 5 and move to question 6.

The Court accidentally said $150, instead of $150,000, when reading question 5. Answer the question as asked in question 5.

Very truly yours,

Susan Richard Nelson
U.S. District Court Judge

SRN/smd

JUDGE SUSAN RICHARD NELSON
772 U.S. COURTHOUSE
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101

RECEIVED
FEB 10 2023
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
FEB 10 2023

U.S. DISTRICT COURT ST. PAUL
FEB 10 2023